JASON R. FLANDERS, SBN 238007
AQUA TERRA AERIS (ATA) LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Telephone: (916) 202-3018
Email: jrf@atalawgroup.com

*Counsel for Plaintiffs (additional counsel
listed on next page)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, et al., | Case No.: 3:16-cv-06987-JD |
| Plaintiffs, | **PLAINTIFFS' NOTICE REGARDING SUBMITTED MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | *(Federal Endangered Species Act, 16 U.S.C. § 1531 et seq.)* |
| Defendant. | Hearing Date/Time:  TBD<br>Hon. James Donato |

*Additional Counsel for Plaintiffs Ecological*
*Rights Foundation and Humboldt Baykeeper*

Christopher Sproul (Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
Tele: (415) 533-3376
Fax: (415) 358-5695
Email: csproul@enviroadvocates.com

Fredric Evenson (State Bar No. 198059)
Ecology Law Center
P.O. Box 1000
Santa Cruz, CA 95061
Tele: (831) 454-8216
Fax: (415) 358-5695
Email: evenson@ecologylaw.com

PLAINTIFFS' NOTICE REGARDING SUBMITTED MOTION FOR SUMMARY JUDGMENT

1     Plaintiffs Ecological Rights Foundation and Humboldt Baykeeper ("Plaintiffs") submit this

2   Notice regarding their Submitted Motion for Summary Judgment. Under Local Rule 7-13 a party,

3   jointly or individually, may file to provide notice to the Court that a matter remains under submission

4   if a matter has been under submission for more than 120 days.

5     On January 23, 2018, Plaintiffs filed a Motion for Summary Judgment. On February 15, 2018

6   Defendant, Federal Management Agency ("Defendant" or "FEMA") filed its opposition to Plaintiffs'

7   Motion for Summary Judgment. On March 9, 2018, Plaintiffs filed their reply in support of the Motion

8   for Summary Judgment. On March 29, 2018, the Court vacated the pre-trial conference and bench

9   trial, in light of the parties' stipulation and "request that the Court resolve these related cases based

10  on the parties' respective summary judgment motions, which are pending before the Court . . . ." Dkt

11  63.

12    As of November 20, 2018, a total of 256 days has transpired since the Plaintiffs filed their

13  reply in support of the Motion for Summary Judgment.

14  DATED: November 21, 2018

15

16                                              /s/Jason R. Flanders
                                                Jason R. Flanders (SBN 238007)
17                                              Aqua Terra Aeris Law Group
                                                490 43rd Street, Suite 108
18                                              Oakland, CA 94609
                                                Tel: 916-202-3018
19                                              Counsel for Plaintiffs

20

21

22  All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's
    content and have authorized the filing.
23

24                                               /s/Jason Flanders
                                                 Jason Flanders (SBN 238007)
25

26

27

28

PLAINTIFFS' NOTICE REGARDING SUBMITTED MOTION FOR SUMMARY JUDGMENT