JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Telephone: (916) 202-3018

*Counsel for Plaintiffs (additional counsel
Listed on next page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, et al., | Case No.: 3:16-cv-06987-JD |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL** |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| Defendant. | |

*Additional Counsel for Plaintiffs Ecological Rights Foundation and Humboldt Baykeeper*

Christopher Sproul (Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
Tele: (415) 533-3376
Fax: (415) 358-5695
Email: csproul@enviroadvocates.com

Fredric Evenson (State Bar No. 198059)
Ecology Law Center
P.O. Box 1000
Santa Cruz, CA 95061
Tele: (831) 454-8216
Fax: (415) 358-5695
Email: evenson@ecologylaw.com

**[PROPOSED] ORDER**

Pursuant to stipulation, it is hereby ordered that all counts of the Complaints in the above-captioned cases are dismissed without prejudice.

DATED: January 16, 2020



Honorable
United States District Judge

1
[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL